Case Number: 08CR50025
Case Name: U.S. v. Persfull

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
MAY 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO** ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO** ☒  YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO** ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  **NO** ☒  YES ☐

6) What level of offense is this indictment or information?  **FELONY** ☒  MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**  **NO** ☒  YES ☐

8) Does this indictment or information include a conspiracy count?  **NO** ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ................ (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances . (III) |
| ☐ Criminal Antitrust ......... (II) | ☐ Postal Fraud ............... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery .............. (II) | ■ Other Fraud ................ (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ................. (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
| ☐ Other Robbery ............ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .................. (III) | ☐ Forgery .................... (III) | ☐ Motor Carrier Act ........... (IV) |
| ☐ Burglary ................. (IV) | ☐ Counterfeiting .............. (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ......... (IV) | ☐ Sex Offenses ................ (II) | ☐ Obscene Mail .............. (III) |
| ☐ Postal Embezzlement ....... (IV) | ☐ DAPCA Marijuana .......... (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement ....... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdict . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
Title 18, United States Code, Section 152(1) and Section 1503

_signature_
MICHAEL D. LOVE
Assistant United States Attorney

(Revised 12/99)