## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50025 - 1 | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. JAMES PERSFULL | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to writ with retained counsel James Zuba. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by June 3, 2008. Defendant's oral motion for time to August 6, 2008 to file pretrial motions is granted. USA's oral motion for the time of May 27, 2008 to and including August 6, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for August 6, 2008 at 11:00 am. Detention hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|