# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| UNITED STATES OF AMERICA | 08 CR 50025 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES E. PERSFULL

F I L E D

MAY 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| James T. Zuba |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James T. Zuba |
| FIRM |
| Zuba & Associates |
| STREET ADDRESS |
| 6067 Strathmoor Dr. |
| CITY/STATE/ZIP |
| Rockford, IL 61107 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193442 | 815-397-7000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | x | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | x | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | x | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [x]   APPOINTED COUNSEL [ ]